AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Anthony Scales
_____
Petitioner

v.

William R. Sharpe Jr Hospital
Cmo Paramjit Chumber
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. 2:26-cv-00011
*(Supplied by Clerk of Court)*

FILED
JAN - 7 2026
RORY L. PERRY ... CLERK
U.S. Dis...

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Anthony Malek Scales
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: William R. Sharpe Jr. Hospital
   (b) Address: 936 Sharpe Hospital Rd. Weston, WV 26452
   (c) Your identification number:

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: The Circuit Court of Mingo County, West Virginia
      (b) Docket number of criminal case: CC-30-2024-P-74
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: Petitioner is challenging pre-trial order commiting him to Sharpes Hospital involentarly

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:

   (b) Docket number, case number, or opinion number: CC-30-2024-P-74
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Petitioner is challanging pre-trial order commiting him to Sharpes Hospital for up to 240 days for so-called Competency restoration
   (d) Date of the decision or action: 12/19/2025

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☐ No

Page 3 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes              ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes              ☐ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes              ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      If "Yes," provide:
      (1) Name of court:
      (2) Case number:
      (3) Date of filing:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes      ☐ No

      If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes      ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
❏ Yes         ❏ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
❏ Yes         ❏ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** 5th and 14th Amendment. The individual has an undoubted procedural Due Process right to an evidentary hearing on the issue of their competency to stand trial before the charges against them are placed in abeyence and they are held for months without trial and Due Process as they await to be involuntarly commited for so called competency restoration services.

(a) Supporting facts (Be brief. Do not cite cases or law.): Petitioner has been detianed without trial or being afforded the most elementary requirements of Due Process of Law, with the charges against him held in a state of abyent suspension, the petitioner has been erronously adjudged incomptent to stand trial and involuntarliy commited to Sharps Hospital without being afforded an evidentary hearing on the issue pursuant to WV Code 27-6A-3

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND TWO:** 4th and 14th Amendment. Petitioner has a right to be secure in the sanctity and integrity of his mind, body, and spirit against arbitrary and unwarranted intrusion, ie the invasive administration of mind altering Anti-pyscotic drugs, likewise an individual has a right to be free from coercions and duress in making decesions regarding what medicines they are willing to take into their body and what drugs they are not.

(a) Supporting facts (Be brief. Do not cite cases or law.): Almost immediatly upon my admission into this facility undue influence and coercion began being exerted by particular staff to induce me into taking mind altering anti-pyscotic drugs that I did not wish to take, I have been repeatedly told that I would not get to leave this facility until I began taking these drugs, my right to be secure in my mind, body and spirit against unwarranted medication is secured under the prenumbral umbrella of the 4th and 14th Amd.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** 6th Amendment violation. As a result of having been erronously adjudged incomptent to stand trial my right to a fast and speedy, process, trial and administration of justice has been deprived by being held for nearly 10 mnths without trial or being afforded the most basic procedural Due Process of Law

(a) Supporting facts (Be brief. Do not cite cases or law.):

The petitioner has been detianed unlawfully without trial and Due Process for nearly 10 mnths, as a result of having been erronously adjudged incomptent to stand trial, Petitioner has a right to his day in court without first having to summit to taking anti pyscotic drugs that I do not need or want to take

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** 6th Amendment. The Court Appointed Defense Attorney has been entirely derlict of his duty to vigourgly defend the intrest of the petitioner, his Assistance has been wholly ineffective.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The petitioner has had little to no contact with his Court Appointed Defense counsel, petitioner had more than an adequate ability to communicate with his Attorney to Assist in his own Defense, And has commited to this facility unjustly as a result of an intrinsic fraud upon the court

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes　　☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

_____

_____

_____

**Request for Relief**

15. State exactly what you want the court to do: Petitioner respectfully moves this Court to vacate the order commiting me to Sharps Hospital on the grounds that it was rendered in violation of Numerous Constitutional provisions, to issue the writ to Release the Body of the petitioner in the most expiditious manner possible and grant such other Relief that the court deems Necessary and proper.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 01/05/2026

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 01/04/2026

*Anthony Malek Scales*
Signature of Petitioner

*Anthony Malek Scales*
Signature of Attorney or other authorized person, if any